USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nancy Martinez Martinez,

               Plaintiff,

-against-

Oscar De La Renta, LLC,

               Defendant.

1:21-cv-02405 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on June 6, 2021, the Court preliminarily approved the settlement in this action in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), pending submission of a fully executed Settlement Agreement (Order, ECF No. 37); and

WHEREAS, on June 17, 2021, the parties file the fully executed Settlement Agreement (ECF No. 38).

NOW, THEREFORE, it is hereby Ordered that this action is dismissed with prejudice and without costs except as may be stated in the Settlement Agreement. The Court will retain jurisdiction to enforce the settlement agreement. The Clerk is respectfully requested to close the case.

**SO ORDERED.**

DATED:    New York, New York
               June 21, 2022

_____
STEWART D. AARON
United States Magistrate Judge